# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAYLAN DAMONE PETE

VERSUS

AMERICAN INTER-FIDELITY
EXCHANGE, ET AL

NO.  2025 CW 1048

**JANUARY 23, 2026**

---

In Re:    American   Inter-Fidelity   Exchange,   applying   for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 718888.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT NOT CONSIDERED.** This writ application failed to include
a copy of the signed judgment, in violation of Rule 4-5(C)(6) of
Rule 4-5(C) of the Uniform Rules of Louisiana Courts of Appeal.

    Supplementation   of   this   writ   application   and/or   an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

    In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing items noted herein, and must comply with Uniform Rules
of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application
must be filed on or before February 12, 2026, and must contain a
copy of this ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT